LIONEL DE SUZE, Respondent, v. DR. BLOOM DENTIST, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PETER F. CARTER, Petitioner, for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JESSE SILBERMANN, Respondent, v. E. M. GATTLE & Co., Appellant.— Determination of the Appellate Term and order and judgment of the Municipal Court unanimously reversed, with costs and disbursements in this court and ten dollars costs and disbursements in the Appellate Term, and the motion denied, on the ground that there is a triable issue as to the terms of the plaintiff's employment. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSE E. ROSENBLUTH, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANNA MENDELSOHN, Respondent, v. STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, MASSACHUSETTS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to renewal on proper papers showing facts and not mere conclusory statements as to plaintiff's knowledge and information, and the good faith of defendant's examination. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## (May 9, 1938.)

In the Matter of NICHOLAS DE PASQUALE, an Attorney.—Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## (May 11, 1938.)

In the Matter of the Application of ARTHUR L. SHEVLIN and 141 Others as Set Forth in the Petition Herein, Petitioners, for an Order under Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, Chairman, and Others, Members Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.— Appeal transferred to the Third Department of the Appellate Division of the Supreme Court. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [See 166 Misc. 473.]

In the Matter of the Application of WILLIAM H. SMITH and Others for an Order against WILLIAM FELLOWES MORGAN, JR., as Commissioner of Markets of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 672.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM H. SMITH and Others v. WILLIAM FELLOWES MORGAN, JR., as Commissioner of Markets of the City of New York. — Motion granted. Order resettled and filed. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.